# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| **In Re: Application for Exemption from the** | ) | **Miscellaneous Business** |
| **Electronic Public Access Fees for** | ) | **Docket No. 18-mc-91495-FDS** |
| **Professor Michael Loadenthal** | ) | |
| **University of Miami, Oxford, OH** | ) | |

## ORDER

This matter is before the Court upon the application and request by Dr. Michael Loadenthal for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. Dr. Loadenthal was issued an exemption on November 24, 2019 through December 31, 2019 and is continuing with his research.

The Court finds that Dr. Michael Loadenthal, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Dr. Loadenthal has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Dr. Loadenthal shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court to the extent such use is incurred in the course of researching criminal cases for a student-led research. Dr. Loadenthal shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

i.  this fee exemption applies only to Dr. Loadenthal, PACER Account No. 5609843 and is valid only for the purposes stated above;

ii.  this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

iii.  by accepting this exemption, Dr. Loadenthal agrees not to sell for profit any data obtained as a result of receiving this exemption;

iv.  Dr. Loadenthal is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

v.  this exemption is valid until May 31, 2023.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

July 23, 2020
　　　　　　　　　　　　　　_/s/ F. Dennis Saylor, IV_____
　　　　　　　　　　　　　　F. Dennis Saylor, IV
　　　　　　　　　　　　　　Chief Judge, United States District Court